

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN BERNARD AGUILAR,<br><br>Defendant. | Case No. ED CR 25-134-SB<br><br>ORDER OF DETENTION |

I.

On May 16, 2025, Defendant Alan Bernard Aguilar made his initial appearance on the Indictment filed in this matter. Deputy Federal Public Defender Bernard Gilligan was appointed to represent Defendant. The government was

represented by Assistant United States Attorney Rahul Hari. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the information presented at the hearing, the arguments of counsel, and the report and recommendation prepared by U.S. Probation and Pretrial Services.

## IV.

1  The Court bases its conclusions on the following:
2  As to risk of non-appearance:
3  ☒ History of substance use
4  ☒ history of non compliance with conditions of supervised release
5  ☒ law enforcement contact for failure to appear in 2021
6  ☒ unknown bail resources
7  ☒ alleged use of five alias names and one additional date of birth
8
9  As to danger to the community:
10 ☒ allegations in the Indictment include distribution of
11 methamphetamine in April 2024 and January 2025
12 ☒ Criminal History includes misdemeanor convictions for
13 vandalism, driving under the influence, fighting, a felony conviction for
14 assault with a deadly weapon, a prior revocation of supervised release.
15 ☒ history of substance abuse
16
17                                V.
18 IT IS THEREFORE ORDERED that the defendant be detained until trial.  The
19 defendant will be committed to the custody of the Attorney General for confinement
20 in a corrections facility separate, to the extent practicable, from persons awaiting or
21 serving sentences or being held in custody pending appeal.  The defendant will be
22 afforded reasonable opportunity for private consultation with counsel.  On order of
23 a Court of the United States or on request of any attorney for the Government, the
24 person in charge of the corrections facility in which defendant is confined will
25
26
27
28

deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: May 16, 2025

                                                                     /s/
                                                  ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE